UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11638-GAO

YANA S. EDQUIST,
Plaintiff,

v.

BIDZ.COM, INC.,
Defendant.

ORDER
June 21, 2013

O'TOOLE, D.J.

After consideration of the parties' submissions, the Court declines to reconsider its Order (dkt. no. 48) denying the plaintiff's motion to certify class and dismissing the case for lack of subject matter jurisdiction. The plaintiff seeks to certify a narrower class than initially proposed, which the plaintiff had ample opportunity to present in prior submissions. See Aybar v. Crispin-Reyes, 118 F.3d 10, 16 (1st Cir. 1997) (Rule 59(e) "does not allow a party to . . . advance arguments that could and should have been presented to the district court prior to the judgment."). Further, none of the limited circumstances warranting reconsideration are present here, such as the discovery of new evidence or a manifest error of law. See United States v. Allen, 573 F.3d 42, 53 (1st Cir. 2009).

The plaintiff's Motion (dkt. no. 49) for Reconsideration is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge